FILED

05/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0538

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0538

_____

IN RE THE MARRIAGE OF:

RYAN LEE HARTUP,

     Petitioner and Appellant,

and

MISTY MARIE HARTUP,                    O R D E R

     Respondent,

and

CARLOS NAVARRO,

     Third-Party Petitioner and Appellee.

_____

Appellant Ryan Lee Hartup was granted an extension of time to file and serve his opening brief on or before May 25, 2022.  The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 27, 2022.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2022